NO. 12-03-00299-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




§
 



IN RE: RONALD LOWERY
§
 ORIGINAL PROCEEDING

RELATOR


§
 






MEMORANDUM OPINION


 Relator Ronald Lowery seeks a writ of mandamus requiring the trial court to rule on his
motion to quash, which was filed in July 2003. Based upon our review of Relator's mandamus
petition, we conclude that he has not shown himself entitled to the relief he seeks. Accordingly, the
writ of mandamus is denied.

 JAMES T. WORTHEN 

 Chief Justice



Opinion delivered September 24, 2003.

Panel consisted of Worthen, C.J., Griffith, J. and DeVasto, J.







(PUBLISH)